IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| Plaintiff-Respondent, | ) | Case No. | CV-08-281-S-BLW |
| | ) | | CR-07-093-S-BLW |
| v. | ) | | |
| | ) | **JUDGMENT** | |
| SEBASTIAN RODRIGUEZ-CARRILLO, | ) | | |
| Defendant-Movant. | ) | | |
| | ) | | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 1 in civil case) filed by Sebastian Rodriguez-Carrillo is DENIED and Case No. CV-08-281-S-BLW is DISMISSED with prejudice.

DATED: **March 20, 2009**

Honorable B. Lynn Winmill
Chief U. S. District Judge